# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:17-cv-00110-RJC

| | |
|---|---|
| DENNIS BUNTON,        )<br>                        )<br>      Plaintiff,      )<br>                        )<br>      v.               )<br>                        )<br>NANCY A. BERRYHILL,    )<br>Acting Commissioner of    )<br>Social Security Administration,   )<br>                        )<br>      Defendant.    )<br>_____ ) | ORDER |

This matter comes before the court on Defendant's Motion to Dismiss. (Doc. No. 9). Defendant points out that the present action is duplicative of a prior action by the same plaintiff, No. 5:16-cv-38-MR, which this Court remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). The present action, which seeks to accomplish the same judicial review, is unnecessary and duplicative. Plaintiff agrees. (Doc. No. 11). Therefore, the present action is **DISMISSED**, to enable continuation in case No. 5:16-cv-38-MR. Defendant's Motion to Dismiss, (Doc. No. 9), is **GRANTED**.

Signed: August 29, 2018

Robert J. Conrad, Jr.
United States District Judge